# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DALLAS EDWARD HOWARD, JR., <br><br> Defendant. | **CR-10-78-GF-BMM-01** <br><br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 20, 2018. (Doc. 39.) No party filed objections.

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 19, 2018. (Doc. 34.) The United States accused Howard of violating of the conditions of his supervised release by: (1) failing to submit monthly reports to the probation office; 2) failing

to give prior notice of a change in residence to the probation office; 3) using methamphetamine, and 4) failing to report for a non-compliance hearing. (Doc. 39 at 1.) Howard admitted to the violations. *Id.* at 3.

Judge Johnston has recommended that the Court revoke Howard's supervised release and commit Howard to the custody of the Bureau of Prisons for three months, followed by sixty-nine months of supervised release. (Doc. 39 at 5.)

These violations prove serious and warrant revocation of Howard's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 39) is **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Dallas Howard, Jr. be sentenced to custody for three months, with sixty-nine months of supervised release to follow.

DATED this 12th day of July, 2018.

Brian Morris
United States District Court Judge